REGINA ANNETTE PEAL, INCOMPETENT, BY HER GENERAL GUARDIAN, JAMES WALTER PEAL, JR., PLAINTIFF-APPELLEE v. HOWARD THOMAS SMITH, DEFENDANT, AND CIANBRO CORPORATION AND WILLIAMS BROTHERS CONSTRUCTION COMPANY, INC., A JOINT VENTURE D/B/A CIANBRO-WILLIAMS BROS., DEFENDANTS-APPELLANTS

No. 398PA94

(Filed 2 June 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 115 N.C. App. 225, 444 S.E.2d 673 (1994), affirming a judgment for plaintiff entered by Allsbrook, J., at the 22 July 1991 Special Civil Session of Superior Court, Washington County. Heard in the Supreme Court 11 May 1995.

*Hornthal, Riley, Ellis & Maland, L.L.P., by L.P. Hornthal, Jr., M.H. Hood Ellis, and Michael P. Sanders, for plaintiff-appellee.*

*Maupin Taylor Ellis & Adams, P.A., by James A. Roberts, III, M. Keith Kapp, and Richard N. Cook, for defendant-appellants Cianbro Corp. and Williams Bros. Constr. Co.*

PER CURIAM.

Justice Orr recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Nesbit v. Howard*, 333 N.C. 782, 429 S.E.2d 730 (1993).

AFFIRMED.